UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO CUEVAS GALLARDO,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No. CV 07-6606 PA<br>CR 06-274 PA<br><br>JUDGMENT |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: July 28, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE